# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED APRIL 30, 2020

---

### NO. 03-19-00307-CV

---

**Stetson Roane, Appellant**

**v.**

**Halcy Martin Dean, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, KELLY, AND SMITH**
**DISMISSED AS MOOT-- OPINION BY JUSTICE GOODWIN;**
**DISSENTING OPINION BY JUSTICE KELLY**

---

This is an appeal from the interlocutory orders entered by the trial court on April 19, 2019, and May 3, 2019. Having rendered judgment in the permissive interlocutory appeal No. 03-19-00352-CV dismissing the underlying claim in this appeal for lack of jurisdiction, the Court concludes that this appeal is moot. Therefore, the Court dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.